Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−26643−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Haile P. Perez                                          Rosalbe M. Perez
   127 Schaffer Ave                                        127 Schaffer Ave
   Cedarville, NJ 08311                                    Cedarville, NJ 08311

Social Security No.:
   xxx−xx−1222                                             xxx−xx−2334

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            11/7/18
Time:            09:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: August 21, 2018
JAN:

                                                          Jeanne Naughton
                                                          Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-26643-JNP
Haile P. Perez                                                            Chapter 13
Rosalbe M. Perez
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 2              Date Rcvd: Aug 21, 2018
                                Form ID: 132             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2018.
```
db/jdb         +Haile P. Perez,   Rosalbe M. Perez,   127 Schaffer Ave,   Cedarville, NJ 08311-2207
517710189       Apex Asset Management,   1286 Carmichael Way,   Montgomery, AL 36106-3645
517710193       Center For Diagnostic Imaging,   1550 E. Chestnut Ave Ste 4c,   Vineland, NJ 08361
517710194      +Citi Cards,   P.O. Box 6077,   Sioux Falls, SD 57117-6077
517710196      +Diversified Consultants,   600 Coon Rapids Blvd NW,   Coon Rapids, MN 55433-5549
517710197      +Embrace home loans,   PO Box 77404,   Trenton, NJ 08628-6404
517710199      +Global Lending,   P.O Box 10437,   Greenville, SC 29603-0437
517710201       IRS,   PO Box 725,   Special Procedures Function,   Springfield, NJ 07081
517710203      +Jefferson Capital,   4500 Cherry Creek Drive South Suite 700,   Denver, CO 80246-1534
517710205      +KML Law Group, PC,   216 Haddon Ave, Ste 406,   Collingswood, NJ 08108-2812
517710206      +Lawrence Township Tax Assessor,   357 Main St,   Cedarville, NJ 08311-2542
517710208       Office Of Attorney General,   25 Market Street, PO Box 112,   Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
517710209      +PMAB LLC,   4135 S Stream Blvd Ste,   Charlotte, NC 28217-4636
517710214      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State Of New Jersey,   P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,   Trenton, NJ 08695-0245)
517710210       Selip & Stylianou LLP,   10 Forest Ave,   Suite 300,   PO Box 914,   Paramus, NJ 07653-0914
517710212      +South Jersey Health System,   PO Box 3129,   Secaucus, NJ 07096-3129
517710213       State Farm Bank,   P.O. Box 23025,   Columbus, GA 31902-3025
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 21 2018 23:34:35     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 21 2018 23:34:31     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517710190       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 21 2018 23:40:53    Capital One,
                 PO Box 85015,   Richmond, VA 23285-5015
517710192      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 21 2018 23:41:21    Capital One Justice,
                 PO Box 30253,   Salt Lake City, UT 84130-0253
517710195       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 21 2018 23:34:18    Comenity Bank/Peebles,
                 Po Box 182789,   Columbus, OH 43218-2789
517710198       E-mail/Text: bnc-bluestem@quantum3group.com Aug 21 2018 23:35:07    Fingerhut,   Po Box 166,
                 Newark, NJ 07101-0166
517710202      +E-mail/Text: cio.bncmail@irs.gov Aug 21 2018 23:33:51    IRS,   1601 Market St,
                 Philadelphia, PA 19103-2301
517710204       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 21 2018 23:34:48    Jefferson Capital,
                 16 McLeland Rd,   Saint Cloud, MN 56303
517710207       E-mail/Text: bkr@cardworks.com Aug 21 2018 23:33:22    Merrick Bank,   PO Box 5721,
                 Hicksville, NY 11802-5721
517710211      +Fax: 516-933-1697 Aug 22 2018 00:10:38    Slomin’s Inc,   125 Lauman Lane,
                 Hicksville, NY 11801-6539
517710215       E-mail/Text: bankruptcy@sccompanies.com Aug 21 2018 23:35:30    Swiss Colony,   1112 7th Ave,
                 Monroe, WI 53566-1364
517710216       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 21 2018 23:33:27
                 Verizon,   PO Box 25087,   Wilmington, DE 19899-5087
                                                                                              TOTAL: 12
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517710191*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,   PO Box 85015,   Richmond, VA 23285-5015)
517710200*      IRS,   PO Box 744,   Springfield, NJ 07081-0744
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Aug 21, 2018
                              Form ID: 132             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2018 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Seymour   Wasserstrum    on behalf of Debtor Haile P. Perez mylawyer7@aol.com,  ecf@seymourlaw.net
              Seymour   Wasserstrum    on behalf of Joint Debtor Rosalbe M. Perez mylawyer7@aol.com,
               ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 4
```