| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Haile P. Perez <br> First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–1222 <br> EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | Rosalbe M. Perez <br> First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–2334 <br> EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: | 13    8/20/18 |
| Case number: | 18–26643–JNP | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Haile P. Perez | Rosalbe M. Perez |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 127 Schaffer Ave <br> Cedarville, NJ 08311 | 127 Schaffer Ave <br> Cedarville, NJ 08311 |
| 4. | **Debtor's attorney** <br> Name and address | Seymour Wasserstrum <br> Law Offices of Seymour Wasserstrum <br> 205 West Landis Avenue <br> Vineland, NJ 08360 | Contact phone (856) 696–8300 |
| 5. | **Bankruptcy trustee** <br> Name and address | Isabel C. Balboa <br> Chapter 13 Standing Trustee <br> Cherry Tree Corporate Center <br> 535 Route 38 – Suite 580 <br> Cherry Hill, NJ 08002 | Contact phone (856) 663–5002 <br> www.standingtrustee.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at  www.pacer.gov. <br> (800) 676–6856 | 401 Market Street <br> Camden, NJ 08102 <br> Additional information may be available at the Court's Web Site: <br> www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) <br> Contact phone 856–361–2300 <br> Date: 8/21/18 |

**For more information, see page 2**

Debtor **Haile P. Perez** and **Rosalbe M. Perez**                                                                                      Case number **18–26643–JNP**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.**<br>**Creditors may attend, but are not required to do so.**<br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **September 20, 2018 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Chapter 13 Standing Trustee – Camden, Cherry Tree Corporate Center, 535 Route 38, Suite 150, Cherry Hill, NJ 08002** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/19/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/29/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from date of order for relief.**<br>**11 U.S.C. § 502(b)(9)** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent to you separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline.<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                    Case No. 18-26643-JNP
Haile P. Perez                                            Chapter 13
Rosalbe M. Perez
        Debtors                  CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 2           Date Rcvd: Aug 21, 2018
                             Form ID: 309I            Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2018.
db/jdb         +Haile P. Perez,    Rosalbe M. Perez,    127 Schaffer Ave,    Cedarville, NJ 08311-2207
517710189       Apex Asset Management,     1286 Carmichael Way,    Montgomery, AL 36106-3645
517710193       Center For Diagnostic Imaging,    1550 E. Chestnut Ave Ste 4c,    Vineland, NJ 08361
517710196      +Diversified Consultants,     600 Coon Rapids Blvd NW,    Coon Rapids, MN 55433-5549
517710197      +Embrace home loans,    PO Box 77404,    Trenton, NJ 08628-6404
517710199      +Global Lending,    P.O Box 10437,    Greenville, SC 29603-0437
517710201       IRS,    PO Box 725,    Special Procedures Function,    Springfield, NJ 07081
517710203      +Jefferson Capital,    4500 Cherry Creek Drive South Suite 700,    Denver, CO 80246-1534
517710205      +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
517710206      +Lawrence Township Tax Assessor,    357 Main St,    Cedarville, NJ 08311-2542
517710208       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
517710209      +PMAB LLC,    4135 S Stream Blvd Ste,    Charlotte, NC 28217-4636
517710214      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
517710210       Selip & Stylianou LLP,    10 Forest Ave,    Suite 300,    PO Box 914,    Paramus, NJ 07653-0914
517710212      +South Jersey Health System,    PO Box 3129,    Secaucus, NJ 07096-3129

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: mylawyer7@aol.com Aug 21 2018 23:33:10      Seymour Wasserstrum,
                 Law Offices of Seymour Wasserstrum,    205 West Landis Avenue,    Vineland, NJ  08360
tr             +E-mail/Text: pmarraffa@standingtrustee.com Aug 21 2018 23:33:33      Isabel C. Balboa,
                 Chapter 13 Standing Trustee,    Cherry Tree Corporate Center,    535 Route 38 - Suite 580,
                 Cherry Hill, NJ 08002-2977
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 21 2018 23:34:35      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 21 2018 23:34:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517710190       EDI: CAPITALONE.COM Aug 22 2018 03:03:00      Capital One,    PO Box 85015,
                 Richmond, VA 23285-5015
517710192      +EDI: CAPITALONE.COM Aug 22 2018 03:03:00      Capital One Justice,    PO Box 30253,
                 Salt Lake City, UT 84130-0253
517710194      +EDI: CITICORP.COM Aug 22 2018 03:03:00      Citi Cards,    P.O. Box 6077,
                 Sioux Falls, SD 57117-6077
517710195       EDI: WFNNB.COM Aug 22 2018 03:03:00      Comenity Bank/Peebles,    Po Box 182789,
                 Columbus, OH 43218-2789
517710198       EDI: BLUESTEM Aug 22 2018 03:03:00      Fingerhut,    Po Box 166,    Newark, NJ 07101-0166
517710202      +EDI: IRS.COM Aug 22 2018 03:03:00      IRS,    1601 Market St,    Philadelphia, PA 19103-2301
517710204       EDI: JEFFERSONCAP.COM Aug 22 2018 03:03:00      Jefferson Capital,    16 McLeland Rd,
                 Saint Cloud, MN 56303
517710207       EDI: MERRICKBANK.COM Aug 22 2018 03:03:00      Merrick Bank,    PO Box 5721,
                 Hicksville, NY 11802-5721
517710211      +Fax: 516-933-1697 Aug 22 2018 00:10:38      Slomin's Inc,    125 Lauman Lane,
                 Hicksville, NY 11801-6539
517710213       EDI: STFMFC.COM Aug 22 2018 03:03:00      State Farm Bank,    P.O. Box 23025,
                 Columbus, GA 31902-3025
517710215       EDI: CBS7AVE Aug 22 2018 03:03:00      Swiss Colony,    1112 7th Ave,    Monroe, WI 53566-1364
517710216       EDI: VERIZONCOMB.COM Aug 22 2018 03:03:00      Verizon,    PO Box 25087,
                 Wilmington, DE 19899-5087
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517710191*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:  Capital One,    PO Box 85015,    Richmond, VA 23285-5015)
517710200*      IRS,    PO Box 744,    Springfield, NJ 07081-0744
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Aug 21, 2018
                              Form ID: 309I            Total Noticed: 31

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2018 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0
```