Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−26643−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Haile P. Perez
127 Schaffer Ave
Cedarville, NJ 08311

Rosalbe M. Perez
127 Schaffer Ave
Cedarville, NJ 08311

Social Security No.:
   xxx−xx−1222                                            xxx−xx−2334

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on November 20, 2018.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 20, 2018
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-26643-JNP
Haile P. Perez                                                        Chapter 13
Rosalbe M. Perez
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Nov 20, 2018
                              Form ID: 148             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2018.
```
db/jdb         +Haile P. Perez,    Rosalbe M. Perez,    127 Schaffer Ave,    Cedarville, NJ 08311-2207
517710189       Apex Asset Management,    1286 Carmichael Way,    Montgomery, AL 36106-3645
517710193       Center For Diagnostic Imaging,    1550 E. Chestnut Ave Ste 4c,    Vineland, NJ 08361
517710196      +Diversified Consultants,    600 Coon Rapids Blvd NW,    Coon Rapids, MN 55433-5549
517710197      +Embrace home loans,    PO Box 77404,    Trenton, NJ 08628-6404
517710199      +Global Lending,    P.O Box 10437,    Greenville, SC 29603-0437
517834546      +Global Lending Services LLC,    1200 Brookfield Blvd Ste 300,
                 Greenville, South Carolina 29607-6583
517710203      +Jefferson Capital,    4500 Cherry Creek Drive South Suite 700,    Denver, CO 80246-1534
517710205      +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
517710206      +Lawrence Township Tax Assessor,    357 Main St,    Cedarville, NJ 08311-2542
517710208       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
517710209      +PMAB LLC,    4135 S Stream Blvd Ste,    Charlotte, NC 28217-4636
517804294      +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd Buildings 6&8,
                 Charlotte, NC 28217-1932
517710214     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:    State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
517710210       Selip & Stylianou LLP,    10 Forest Ave,    Suite 300,    PO Box 914,    Paramus, NJ 07653-0914
517710211      +Slomin's Inc,    125 Lauman Lane,    Hicksville, NY 11801-6539
517710212      +South Jersey Health System,    PO Box 3129,    Secaucus, NJ 07096-3129
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 21 2018 00:16:19      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 21 2018 00:16:15      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517710190       EDI: CAPITALONE.COM Nov 21 2018 05:04:00      Capital One,    PO Box 85015,
                 Richmond, VA 23285-5015
517744154       EDI: CAPITALONE.COM Nov 21 2018 05:04:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
517710192      +EDI: CAPITALONE.COM Nov 21 2018 05:04:00      Capital One Justice,    PO Box 30253,
                 Salt Lake City, UT 84130-0253
517710194      +EDI: CITICORP.COM Nov 21 2018 05:03:00      Citi Cards,    P.O. Box 6077,
                 Sioux Falls, SD 57117-6077
517710195       EDI: WFNNB.COM Nov 21 2018 05:03:00      Comenity Bank/Peebles,    Po Box 182789,
                 Columbus, OH 43218-2789
517710198       EDI: BLUESTEM Nov 21 2018 05:05:00      Fingerhut,    Po Box 166,    Newark, NJ 07101-0166
517710202      +EDI: IRS.COM Nov 21 2018 05:04:00      IRS,    1601 Market St,    Philadelphia, PA 19103-2301
517710204       EDI: JEFFERSONCAP.COM Nov 21 2018 04:58:00      Jefferson Capital,    16 McLeland Rd,
                 Saint Cloud, MN 56303
517790774       EDI: JEFFERSONCAP.COM Nov 21 2018 04:58:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
517833826       EDI: RESURGENT.COM Nov 21 2018 05:03:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517833634       EDI: MERRICKBANK.COM Nov 21 2018 04:59:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
517756711      +EDI: CBSMASON Nov 21 2018 05:04:00      Massey's,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
517710207       EDI: MERRICKBANK.COM Nov 21 2018 04:59:00      Merrick Bank,    PO Box 5721,
                 Hicksville, NY 11802-5721
517805704      +EDI: MID8.COM Nov 21 2018 05:02:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517837926       EDI: PRA.COM Nov 21 2018 04:59:00      Portfolio Recovery Associates, LLC,
                 C/O Capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
517839878       EDI: PRA.COM Nov 21 2018 04:59:00      Portfolio Recovery Associates, LLC,
                 c/o Justicenewbusinessaccounts,    POB 41067,    Norfolk VA 23541
517790746       EDI: BECKLEE.COM Nov 21 2018 04:59:00      State Farm Bank,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517710213       EDI: STFMFC.COM Nov 21 2018 05:00:00      State Farm Bank,    P.O. Box 23025,
                 Columbus, GA 31902-3025
517710215       EDI: CBS7AVE.COM Nov 21 2018 04:59:00      Swiss Colony,    1112 7th Ave,    Monroe, WI 53566-1364
517714766      +EDI: RMSC.COM Nov 21 2018 05:04:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517710216       EDI: VERIZONCOMB.COM Nov 21 2018 04:58:00      Verizon,    PO Box 25087,
                 Wilmington, DE 19899-5087
517823836      +EDI: AIS.COM Nov 21 2018 04:59:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 24
```

```
District/off: 0312-1          User: admin                 Page 2 of 2                  Date Rcvd: Nov 20, 2018
                              Form ID: 148                Total Noticed: 41

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517710191*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,     PO Box 85015,    Richmond, VA 23285-5015)
517710200*      IRS,    PO Box 744,    Springfield, NJ 07081-0744
517710201*      IRS,    PO Box 725,    Special Procedures Function,    Springfield, NJ 07081
                                                                                TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2018 at the address(es) listed below:
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor   Embrace Home Loans, Inc.
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Seymour   Wasserstrum    on behalf of Debtor Haile P. Perez mylawyer7@aol.com,    ecf@seymourlaw.net
              Seymour   Wasserstrum    on behalf of Joint Debtor Rosalbe M. Perez mylawyer7@aol.com,
               ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```